AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Alexander Aiello | ) Case No. |
| | ) 25-MJ-8320-PGL |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 5, 2024 in the county of Essex in the
District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) and (b)(1) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Michael Little.

☒ Continued on the attached sheet.

*Michael Little /by Paul G. Levenson*
Complainant's signature

Michael Little, FBI Special Agent
Printed name and title

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 05/09/2025

Judge's signature

City and state: Boston, Massachusetts

HON. Paul G. Levenson, U.S. Magistrate Judge
Printed name and title