# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester  
**Category No.:** II  
**Investigating Agency:** FBI

**City:** Gloucester  
**County:** Essex

**Related Case Information:**
- Superseding Ind./Inf.: _____  Case No.: _____
- Same Defendant: _____   New Defendant: _____
- Magistrate Judge Case Number: 25-MJ-8320-PGL
- Search Warrant Case Number: 25-3088 and 25-3089JDH
- R 20/R 40 from District of: _____
- Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-3088 and 25-3089JDH  ☑ Yes  ☐ No

**Defendant Information:**

- Defendant Name: Alexander Aiello
- Juvenile: ☐ Yes  ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
- Alias Name: _____
- Address: 4 Julian Road, Gloucester, MA 01930
- Birth date (Yr only): 1990
- SSN (last 4#): 5218
- Sex: _____
- Race: _____
- Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____  
**Bar Number:** _____

**U.S. Attorney Information**

- AUSA: Luke A. Goldworm
- Bar Number if applicable: 677657

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

- ☐ Already in Federal Custody as of _____ in _____.
- ☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
- ☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment  
**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/9/2025   **Signature of AUSA:** /s/ Luke A. Goldworm

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Alexander Aiello

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252A(a)(2) and (b)(1) | Receipt of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**