**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Michael Little, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since 2019, and I am currently assigned to the Boston Field Office, Lowell Resident Agency. Prior to joining the Lowell Resident Agency, I was assigned to the Metro Boston Gang Task Force of the FBI's Boston Division, where I conducted complex criminal enterprise investigations involving violent offenders engaged in the illegal distribution of narcotics, firearms trafficking, and associated violent crimes. Following that assignment, I was assigned to the FBI's Human Intelligence Unit, where I supported national security and criminal investigations in a specialized capacity. In addition, while employed by the FBI, I have investigated federal criminal violations related to high technology or cyber-crime, child exploitation, and child pornography. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256 and used interchangeably in this affidavit with the term "child sexual abuse material" or "CSAM") in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant.

2. I submit this affidavit in support of a criminal complaint charging Alexander Aiello ("AIELLO") (DOB: XX/XX/1990) with one count of receiving child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

3. The facts in this affidavit come from my personal observations, my participation in

the investigation described herein, my conversations with other law enforcement officers, my review of records obtained during this investigation, and my training and experience.

## STATEMENT OF PROBABLE CAUSE

4.      The FBI is engaged in an investigation of a child pornography website ("the TARGET WEBSITE") that operated over the TOR network.[1] When it was active, it required users to register an account with a unique username and password.  In 2024, the FBI obtained evidence that AIELLO attempted to access the TARGET WEBSITE, with a username and password, from an IP address assigned to his residence in Gloucester, Massachusetts.

5.      AIELLO is an officer with the Gloucester Police Department.  Following FBI's identification of AIELLO as an individual who accessed or attempted to access the TARGET WEBSITE, the FBI reviewed TOR activity on AIELLO's residential internet account over several weeks.  The network traffic in March 2025 demonstrated that TOR activity reliably began shortly after AIELLO's day shift ended; however, when his shift switched to nights in April, the TOR activity reliably occurred in the mornings (*i.e.*, after his shifts were over).

6.      Based in part on the foregoing, I obtained federal warrants to search AIELLO's person and Gloucester residence.  The affidavit submitted in support of those warrants is attached as Sealed Exhibit 1 and incorporated herein.

---

[1] The Tor network is designed to facilitate anonymous communication over the Internet. Tor masks users' Internet Protocol (IP) addresses, which could otherwise help identify individuals on the Internet. Within the Tor network, entire websites can be set up as "hidden services" where the IP address to the site's web server is also hidden. A criminal suspect's use of Tor makes it extremely difficult for law enforcement agents who are investigating a Tor hidden service to detect the host's, administrator's, or users' actual IP addresses or physical locations. The Tor network is accessible through the Tor Browser and other applications specifically designed to connect to the Tor network.

7.      Law enforcement executed the warrants on April 28, 2025. That morning, AIELLO was met at GPD by FBI agents as he came off his shift. AIELLO was advised of his *Miranda* rights and waived them in writing. His interview was recorded; the information that follows is merely summary in nature. During the interview, AIELLO admitted to ownership of the devices seized from his person and residence, listed below, and to using TOR to access the dark web. AIELLO denied any involvement with or possession of child pornography.

8.      Pursuant to the warrants, agents seized a Samsung Watch and Samsung Galaxy S23 Ultra cellular telephone from AIELLO and a blue ASUS laptop (Model UX333F Notebook PC) and a VendorCo USB Device from his residence. Members of the FBI Boston New England Regional Computer Forensics Laboratory (NERCFL) performed a preliminary examination on those devices.

9.      During preliminary on-scene analysis, the FBI NERCFL noted that the TOR Browser was installed on and running on AIELLO's blue ASUS laptop. The FBI NERCFL also noted that the TOR application had evidence of downloaded files consistent with recent TOR use.

10.     During the preliminary on-scene forensic exam of the USB drive, which was found in AIELLO's nightstand in his bedroom, the NERCFL located several suspect folders, which were encrypted with VeraCrypt, an encryption tool. While agents have not yet been able to open the folders, they were able to see the names of some of the files contained therein, some of which—like "11yo lockie and 16yo suck and kiss (SC 2014.)"—were indicative of child pornography. AIELLO declined to provide the password to the encrypted folders; forensic analysis remains ongoing.

11.     The NERCFL took all the devices back to the FBI to be processed at the NERCFL. Once at the NERCFL, forensic agents were able to access and analyze the content of AIELLO's

blue ASUS laptop computer. On May 1, 2025, these forensic agents located a media file in a downloads file folder for the user "alexa." An examination of this media file resulted in the identification of a a video file that contained suspected child pornography. I have viewed this video file, which AIELLO appears to have downloaded on August 5, 2024, at 1:58:43 PM. I believe that it constitutes child pornography, as described below:

    a.    A 7 minute, 56-second-long video depicting a prepubescent female who appears to be approximately four to seven years old. The child appears to have a cherubic face and a non-fully developed facial features with missing teeth. The child has a lack of breast and pubic hair development. The child is non-verbal and making babbling noises during the video. The child, dressed in pigtails and a bra, is facing the camera. The video starts to zoom in on the child's vagina and then zooms out to show her face. The child then proceeds to sit on an adult male's penis. The child then proceeds to start rubbing her vagina on the adult male's penis. The child stops and then places her face on the testicles and penis of the adult male. The child then rubs her face on the adult male's testicles and beginnings kissing his testicles. The child then proceeds to perform oral sex on the adult male. After performing oral sex on the adult male, the child again sits on the adult male's penis and resumes rubbing her vagina on his penis. The child then lays down and the adult male makes multiple attempts to insert his penis in the child's vagina, and digitally manipulates her genitals.

12.    Further forensic analysis of all seized devices is currently ongoing. The devices are encrypted; forensic agents are actively endeavoring to decrypt the devices but are not currently able to see the contents of files stored therein. There are approximately 200 artifacts. Some of the

file names are visible. Of those that are visible, I note that 23 appear to be indicative of child pornography, including the following:

    a.    C:\Users\alexa\Downloads\1\11yo-Jenny-DeepThroat-full-version_Black_Girl_Hebephilia_Full-quality.webm

    b.    C:\Users\alexa\Downloads\14yo hebe hard fuck\1-Teen-3-Guys-Gangbang_Girl_Hardcore_Hebephilia_White_Full-quality.webm

    c.    C:\Users\alexa\Downloads\13yo_fucked_doggy_by_old_men.webm

    d.    C:\Users\alexa\Downloads\12yo-latina-doggystyle_.webm

    e.    C:\Users\alexa\Downloads\13yo Hebe Gets Licked and Fucked by Daddy.webm

    f.    Explorer:sistersluckygur\Sisters (11yo & 12yo) & lucky guy (Asian, 2021-2022)\

    g.    Explorer:Volume1\Volume 1\13DDAHC\13yo daugter do a HJ-Cumshot - Daddy love it\

    h.    Explorer:Vol18\Volume 18\565721250\Vicky 13YO does Cum After Being Pounded in Both Holes in First 3Some Kamera Appearance (2m13s)\

## CONCLUSION

13.    Based on the foregoing, I submit that there is probable cause to believe that on or about August 5, 2024, Alexander AIELLO knowingly received material that contained an image of child pornography depicting a prepubescent minor, which had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

Sworn to under the pains and penalties of perjury.

_Michael Little /by Paul G. Levenson_
Michael DeWinter Little III
Special Agent
Federal Bureau of Investigations

Sworn before me telephonically pursuant to Fed. R. Crim. P. 4.1 this __9th__ day of May 2025.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE

6